

# NUMBER 13-24-00570-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE THOMAS RHEMAN

## ON PETITION FOR WRIT OF MANDAMUS

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Tijerina
Memorandum Opinion by Chief Justice Contreras[1]**

By petition for writ of mandamus filed in the above-referenced cause number, relator Thomas Rheman contends that the trial court abused its discretion by granting a motion to expunge his amended notice of lis pendens. *See* TEX. PROP. CODE ANN. § 12.007 (governing lis pendens regarding real property). In a separate appeal in our cause number 13-23-00579, Rheman appeals a judgment denying his bill of review

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so. When granting relief, the court must hand down an opinion as in any other case."); *id.* R. 47.4 (distinguishing opinions and memorandum opinions).

seeking to set aside a default judgment rendered against him in a divorce proceeding. The ownership of the real property subject to the lis pendens in this original proceeding is at issue in the underlying divorce. By separate memorandum opinion issued this same date, this Court reversed the judgment denying Rheman's bill of review and remanded the case for further proceedings. *See Rheman v. Rheman*, No. 13-23-00579-CV, 2024 WL _____, at *_ (Tex. App.—Corpus Christi–Edinburg December 30, 2024, no pet. h.) (mem. op.).

The Court, having examined and fully considered the petition for writ of mandamus, the response filed by real party in interest Deborah Rheman n/k/a Debora Sibley, and the applicable law, is of the opinion that this original proceeding has been rendered moot by our resolution of the appeal. *See In re Contract Freighters, Inc.*, 646 S.W.3d 810, 813 (Tex. 2022) (orig. proceeding) (per curiam); *Heckman v. Williamson County*, 369 S.W.3d 137, 162 (Tex. 2012); *In re Kellogg Brown & Root, Inc.*, 166 S.W.3d 732, 737 (Tex. 2005) (orig. proceeding). Accordingly, we dismiss this petition for writ of mandamus as moot.

DORI CONTRERAS
Chief Justice

Delivered and filed on the
30th day of December, 2024.